# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Dulce Inzunza, | Case No. 2:20-cv-01555-KJD-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| ClearCaptions, LLC, et al., | |
| Defendants. | |

On October 6, 2020, the Court ordered Plaintiff to update his address after an order was unable to be mailed to Plaintiff. ECF No. 12. The Court gave Plaintiff until October 19, 2020 to do so. *Id.* The Court further advised Plaintiff that if he did not comply with the Court's order, the Court would recommend dismissal of his case. *Id.* Plaintiff has not complied with the Court's order and updated his address.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 29, 2020.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE