**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DULCE INZUNZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLEARCAPTIONS, LLC; EDWARD WHITE, Business Development Manager,<br><br>Defendants. | Case No. 2:20-cv-01555-KJD-BNW<br><br>**ORDER** |

    Pending before the Court are Defendant ClearCaptions, LLC's Motion to Continue Early Neutral Evaluation (ECF No. 14) and Request for Exception to Early Neutral Evaluation Attendance Requirement (ECF No. 15). As stated in the Motion to Continue the Early Neutral Evaluation, Judge Brenda N. Weksler issued a Report and Recommendation on October 30, 2020, recommending this matter be dismissed. ECF No. 13. The period to object to the Report and Recommendation will expire on November 13, 2020. Defendant reasonably seeks a continuance of the November 19, 2020 Early Neutral Evaluation until such time as a final determination regarding dismissal is entered.

    Based on the above this Court finds that the requested continuance is supported by good cause. The Court further finds that appearance of Defendant's representative may be by video conference should the Early Neutral Evaluation be reset.

    Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Continue Early Neutral Evaluation (ECF No. 14) is GRANTED.

    IT IS FURTHER ORDERED that the Early Neutral Evaluation currently scheduled for November 19, 2020 is VACATED until such time as a final determination regarding dismissal is entered.

1  IT IS FURTHER ORDERED that Defendant's Request for Exception to Early Neutral Evaluation Attendance Requirement (ECF No. 15) is GRANTED.

Dated this 6th day of November, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE