UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DULCE INZUNZA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CLEARCAPTIONS, LLC, et al.,<br><br>                    Defendants. | Case No. 2:20-cv-01555-KJD-BNW<br><br>**ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Before the Court for consideration is the Report and Recommendation (ECF #13) containing the findings and recommendations of Magistrate Judge Brenda Weksler entered October 29, 2020, recommending that Plaintiff's action be dismissed without prejudice. Plaintiff did not object.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (ECF #13) containing the findings and recommendations of Magistrate Judge Weksler, entered October 29, 2020, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF #13) is **ADOPTED** and **AFFIRMED** and the action is dismissed without prejudice.

Dated this 23rd day of February, 2021.

_____
Kent J. Dawson
United States District Judge